UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA CARTER,

                        Plaintiff,

        -against-

ASSET ACCEPTANCE, LLC,

                        Defendant.

14-CV-4984 (LAP)

ORDER DIRECTING SUBMISSION OF ADDRESS

LORETTA A. PRESKA, Chief United States District Judge:

      Plaintiff brings this action *pro se*. The Court directs Plaintiff to submit her address in writing to the Court within thirty days of the date of this order.

      Rule 11(a) of the Federal Rules of Civil Procedure provides that every pleading must be signed by the party or the party's attorney and "must state the signer's address, email address, and telephone number." Fed. R. Civ. P. 11(a). Without the Plaintiff's address, the Court cannot communicate with her, and the case cannot proceed.

      Plaintiff submitted the complaint and application to proceed *in forma pauperis* (IFP) without listing her street address on those documents. Plaintiff is directed to submit her complete address in writing to the Court within thirty days of the date of this order. The document with her address must contain the docket number 14-CV-4984.

      The Clerk of Court is directed to assign this matter to my docket, retain a copy of this order for service on Plaintiff because she has no known address at this time, and note on the docket that the Clerk is retaining a copy of this order for service. *See* Fed. R. Civ. P. 5(b)(2)(D) (service of a document may be made by "leaving it with the court clerk if the person has no known address"). No summons shall issue at this time. If Plaintiff complies with this order, the case shall be

processed in accordance with the procedures of the Clerk's Office.   If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.   Cf. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 17, 2014
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Chief United States District Judge